**Dismissed and Memorandum Opinion filed January 9, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00892-CV

---

## CASEY BEAVERS, Appellant

## V.

## HOUSTON FIREFIGHTERS' RELIEF AND RETIREMENT FUND, Appellee

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2012-67882**

---

## M E M O R A N D U M    O P I N I O N

According to information provided to this court, this appeal is from a judgment signed September 9, 2013. The clerk's record was due November 8, 2013, but it has not been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

In addition, our records show that appellant has neither established indigence nor paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). Appellant did not respond to this court's notice that the filing fee was past due and the appeal was subject to dismissal unless appellant paid the filing fee by November 4, 2013.

On December 12, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or otherwise responded to this court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Brown.